S. F. MOORE, *Plaintiff in Error,* v. THE STATE OF FLORIDA, *Defendant in Error.*

Opinion Filed January 13, 1919.

Where the principal felon and an accessory before the fact are impleaded in the same indictment, and the principal pleads guilty and is adjudged guilty by the Court, and subsequently the accessory is found guilty, and the principal

and accessory are sentenced on the same day, the sentences are legal, and where no harmful errors of procedure appear the judgment sentencing the accessory will be affirmed.

Writ of Error to Circuit Court for Taylor County; M. F. Horne, Judge.

Judgment affirmed.

*L. W. Blanton,* for Plaintiff in Error;

*Van C. Swearingen,* Attorney General, and *Worth W. Trammell,* Assistant, for the State.

WHITFIELD J.—Moore was convicted of feloniously counseling, hiring, inciting and procuring another who was in the same indictment charged as principal in committing grand larceny and took writ of error.

There was no error in permitting the principal felon to tesify in this trial that he had been convicted. The record shows that he had pleaded guilty of grand larceny.

Testimony that the goods recovered were checked from a list made by the officer who discovered the theft was harmless if error. There is ample evidence of guilt to sustain the verdict, and errors, if any, in rulings on testimony were harmless. In this case the principal and accessory were impleaded in one indictment. The principal felon pleaded guilty "and was adjudged guilty by the court" on March 28, 1918. The accessory before the fact was thereafter, on April 3, 1918, found guilty. The transcript shows that on April 4, 1918, the principal was sentenced, and that on the same day, the accessory was sentenced. This is sufficient as a matter of procedure. 16 C. J. 142, *et seq.*

Judgment affirmed.

BROWNE, C. J., AND TAYLOR, ELLIS AND WEST, J. J., concur.